# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――――

## No. 201700016

―――――――――――――

## UNITED STATES OF AMERICA
Appellee

v.

## JAMES V. BANJANY
Private (E-1), U.S. Marine Corps
Appellant

―――――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel James K. Carberry, USMC.
Convening Authority: Commanding Officer, Headquarters and Support Battalion, Marine Corps Installations West-Marine Corps Base, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Todd Enge, USMC.
For Appellant: Major Jason L. Morris, USMCR.
For Appellee: Brian K. Keller, Esq.

―――――――――――――

Decided 6 April 2017

―――――――――――――

Before CAMPBELL, RUGH, and HUTCHISON, *Appellate Military Judges*

―――――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court